[No. 4868–3–III. Division Three. April 5, 1983.]

THE STATE OF WASHINGTON, *Appellant,* v. ALEXANDER JOSEPH DORCHAK, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 81–1–00632–4, Howard Hettinger, J.,

entered November 5, 1981. *Reversed* and *remanded* by unpublished opinion per McInturff, J., concurred in by Roe, C.J., and Green, J.